*May 10, 1932.*

ESTATE OF EISOLD, SR.: EISOLD and others, Appellants, vs. EISOLD, Respondent.

For the appellants: *Arthur H. Gruhle* of Sheboygan and *Helmuth F. Arps* of Chilton.

For the respondent: *Buchen & Schlichting* of Sheboygan.

*By the Court.*—Judgment affirmed.

HOLMES, Respondent, vs. HOLMES, Appellant.

For the appellant: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Crawford & Crawford* of Superior.

*By the Court.*—Judgment affirmed.

ERNEST, Respondent, vs. RICH, Appellant.

For the appellant: *Kersten & McKinnon* of Milwaukee.

For the respondent: *Alexander, Burke & Clark* of Milwaukee.

*By the Court.*—Judgment affirmed.